# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD M. HARRIS, | |
| Plaintiff, | NO. 3:12-CV-00674 |
| v. | (JUDGE CAPUTO) |
| PENNSYLVANIA BOARD OF PROBATION & PAROLE, et al., | (MAGISTRATE JUDGE SAPORITO) |
| Defendants. | |

## ORDER

**NOW**, this 24th day of September, 2015, upon review of the Report and Recommendation of Magistrate Judge Saporito (Doc. 99) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 99) is **ADOPTED in its entirety**.

(2) Defendants' Motion for Summary Judgment (Doc. 84) is **GRANTED in part and DENIED in part**.

(3) Defendants' Motion for Summary Judgment is **GRANTED** as to Plaintiff's Ex Post Facto Clause claim (Count 1 of the Second Amended Complaint), Double Jeopardy claim (Count 2 of the Second Amended Complaint), Fourteenth Amendment Due Process claim (Count 4 of the Second Amended Complaint), and First Amendment retaliation and access to courts claim (Count 5 of the Second Amended Complaint).

(4) The following Defendants are dismissed from this action: Lisa Hollibaugh, the Pennsylvania Board of Probation & Parole, Kimberly Barkley, John Wetzel, Jon Fisher, and Charles Smith.

(5) Defendants' Motion for Summary Judgment is **DENIED** as to Plaintiff's Equal Protection claim (Count 3 of the Amended Complaint) as it relates to Defendants B. Bowman, Lisa Moffa, and Mandy Biser.

(6) The matter is **RECOMMITTED** to Magistrate Judge Saporito.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge